ANTHONY J. LAMBIASE v. CITY OF JERSEY CITY, ET AL.

October 24, 1988.

Petition for certification denied.

ANTHONY J. LAMBIASE v. CITY OF JERSEY CITY, ET AL.

October 24, 1988.

Cross-petition for certification denied.

MIDDLESEX COUNTY BAR ASSOCIATION, ET AL. v. HARRY G. PARKIN, ETC., ET AL.

October 24, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 387)

OXLY, INC. v. NEW JERSEY PINELANDS COMMISSION.

October 24, 1988.

Petition for certification denied.